JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUYUAN ZHANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation; MCKENNA MOTORS NORWALK, INC., a California Corporation d/b/a MCKENNA PORSCHE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:25-cv-08857 RGK (SSCx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE [17]<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Stephanie S. Christensen |

///
///
///
///
///

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice, with the court to retain jurisdiction to enforce settlement in accordance with the terms of the written settlement agreement entered into between the parties.

All pending motions, dates and deadlines are vacated. The clerk shall close this case.

**IT IS SO ORDERED.**

DATE: 11/20/2025 _____  By: _____

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA